|  |  |
|---|---|
| **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>09/10/2015<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _AP_ DEPUTY | **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br><br>**FILED**<br>SEP - 9 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:           Deputy Clerk |

In re:

Janice Rene Haynes

Debtor(s)

CASE NO.: 2:14-bk-31355-NB
ADVERSARY NO.:
NOTICE OF APPEAL FILED: 09/08/2015
NOTICE OF CROSS APPEAL FILED :
BANKRUPTCY CASE FILED : 11/14/2014
APPEAL DOCKET ENTRY NO.: 116

DC No. 2:15-cv-07159-DMG

vs.

Plaintiff(s)

**NOTICE OF REFERRAL OF APPEAL**

Defendant(s)

To all parties in interest, and the:

☐ Bankruptcy Appellate Panel of the Ninth Circuit
☒ United States District Court, Central District of California

You are hereby notified that the following document(s) have been filed at the Bankruptcy Court.

☐ Motion for Leave to Appeal
☐ Answer in opposition to Motion for Leave to Appeal
☒ Notice of Appeal and Statement of Election
☐ Notice of Cross-Appeal
☐ Appellant's Statement of Election to Transfer Appeal to the District Court
☐ Other (*specify*):

By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

I certify that a true copy of the Notice of Appeal and Statement of Election, Notice of Referral of Appeal, Transcript Order Form, and Notice of Transcript were served on each of the parties listed in the Appeal, together with a copy of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, as applicable.

Kathleen J. Campbell
Clerk of Court

Date: 09/09/2015        By: SONNY MILANO
                            Deputy Clerk

# NOTICE OF APPEAL SERVICE LIST

1. <u>SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF)</u>:

   ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the United States Trustee

   ☒ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   ☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other parties served by NEF:

   Ron Maroko     ron.maroko@usdoj.gov
   Andrew T Pribe     andrew.t.pribe@usdoj.gov, usacac.civil@usdoj.gov
   Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com
   Tamar Terzian     terzian@kingobk.com, cynthia@kingobk.com
   United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
   Timothy Yoo (TR)     tjytrustee@lnbrb.com, tyoo@ecf.epiqsystems.com

2. <u>SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL</u>:

   Janice Rene Haynes
   4859 W Slauson #174
   Los Angeles, CA 90056

# UNITED STATES BANKRUPTCY COURT CENTRAL DSTRICT OF CALIFORIA

## CASE NO.: 2:14-BK-31355-NB

## Notice of Appeal for Order Denying Debtor´s Motion to Convert Chapter # 7 to Chapter # 13

Janice Rene Haynes - IN PRO SE

*Plaintiffs-Appellants*

Versus

Trustee Timothy Yoo

*Defendants-Appellees*

FILED
SEP 03 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

## Notice of Appeal for Order Denying Debtor´s Motion to Convert Chapter # 7 to Chapter # 13

Notice of Appeal from The United States Bankruptcy Court

For the Central District of California Los Angeles

Case No.: 2:14-BK-31355-NB

The Honorable Judge Neil W. Bason

Janice Rene Haynes - In Pro Se

4859 W. Slauson # 174 St.

Los Angeles, CA 90056

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Janice Rene Haynes ( Pro Se)<br>4859 W. Slauson Ave #174<br>Los Angeles, Ca 90056<br><br>Telephone 310 529-0581<br><br>e-mail : twosweet88@yahoo.com<br><br><br><br><br><br>Attorney for Appellant | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - Central _____ DIVISION

| In re:<br><br>Janice Rene Haynes<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:14-bk-31355 NB  2:14-bk-31355 NB<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 7<br><br>**NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |
|---|---|

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Janice Rene Haynes

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.

   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.

   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

December 2014                                   Page 1                              Official Form B 17A

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Denying Debtor's Motion To Conver

2. State the date on which the judgment, order, or decree was entered: 09/26/2015

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Timothy Yoo (TR)     Attorney: Lindsey L Smith on behalf Of Trustee Timothy Yoo

2. Party: Janice Haynes     Attorney: Pro Se

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 09/28/2015

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Janice Rene Haynes

4859 W Slauson Ave # 174

LOs Angeles, Ca 90056

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

Case 2:15-cv-03559-BMG Document 1 Filed 09/09/15 Entered 09/09/15 12:24:46 Desc
Main Document    Page 6 of 12

Case 2:14-bk-31355-NB    Doc 116    Filed 09/08/15    Entered 09/09/15 12:04:15    Desc
Main Document    Page 4 of 6

Case 2:14-bk-31355-NB    Doc 110    Filed 08/26/15    Entered 08/26/15 16:27:48    Desc
Main Document    Page 1 of 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Tamar Terzian (CA BAR NO. 254148)<br>terzian@kingobk.com<br>**TERZIAN LAW GROUP**<br>315 W. Arden Ave., Suite 28<br>Glendale, CA 91203<br><br>Tel: (818) 242-100<br>Fax: (818) 242-1012 | **FILED & ENTERED**<br><br>AUG 26 2015<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY sumlin    DEPUTY CLERK<br><br>CHANGES MADE BY COURT |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Janice Rene Haynes, Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>JANICE RENE HAYNES,<br><br><br><br>Debtor. | CASE NO.: 7<br>CHAPTER: 2:14-bk-31355-NB<br><br>**ORDER:**<br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☒ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE;**<br>*AND DENYING UNDERLYING MOTION WITH PREJUDICE*<br>[LBR 9075-1(b)] |
|---|---|

**Movant** *(name):* JANICE RENE HAYNES

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion:* "EMERGENCY MOTION TO APPLY HOMESTEAD EXEMPTION AND CONVERT TO CHAPTER 13; DECLARATON OF JANICE RENE HAYNES IN SUPPORT THEREOF"

    b. *Date of filing of motion:* 8/26/2015

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application:* 8/26/2015

3. Based upon the court's review of the application, it is ordered that:

    a. ☒ The Application is denied *with prejudice*. ~~The motion may be brought on regular notice pursuant to LBRs.~~ *The underlying motion (dkt. 107) is also denied with prejudice.*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 1    F 9075-1.1.ORDER.SHORT.NOTICE

Case 2:15-cv-03559-BMG Document 17 Filed 09/09/15 Entered 09/09/15 12:24:46 Desc
Main Document    Page 7 of 12
Case 2:14-bk-31355-NB    Doc 116    Filed 09/08/15    Entered 09/09/15 12:04:15    Desc
Main Document    Page 5 of 6
Case 2:14-bk-31355-NB    Doc 110    Filed 08/26/15    Entered 08/26/15 16:27:48    Desc
Main Document    Page 2 of 2

b. ☐ The Application is granted, and it is further ordered that:

4. ☒ Other:

This court has reviewed the Debtor's "emergency motion to apply homestead exemption and convert to chapter 13" (dkt. 107, the "Emergency Motion") and application for order shortening time (dkt. 108), as well as records from prior hearings and the filed documents in this case.

(a) *False statements*. The undersigned Bankruptcy Judge is disregarding the Debtor's false statements. For example, the Emergency Motion asserts that at the 4/14/15 hearing "counsel for the Chapter 7 Trustee represented that she could get the taxes reassessed, and the Court acknowledged that if the Chapter 7 Trustee could reassess the taxes then [the Debtor] would be able to keep the Property" (Emergency Motion at 12:16-18). This is false. In fact, at the 4/14/15 hearing counsel for the chapter 7 trustee offered to *try* to facilitate a speedy resolution with the IRS before the Property had to be sold, and the undersigned Bankruptcy Judge did *not* "acknowledge[]" (or make any advisory ruling) that she would be able to keep the Property if taxes were reassessed.

(2) *Lack of basis to claim a homestead exemption*. The Debtor's counsel argues that the Debtor should be able to claim a homestead exemption in the Property now. This ignores the facts that (a) the debtor was not residing in the Property when her case was filed, so she is not entitled to a homestead exemption (as this court has previously ruled (dkt. 54));[1] and (b) she does not cite any authority that she can ignore exemption law and create her own exemption because of allegedly having received bad advice pre-petition.

(3) *Lack of basis for conversion to chapter 13*. The Debtor's counsel argues in the alternative that the Debtor should be permitted to convert to chapter 13. This court has previously denied a motion by the Debtor to convert her case to one under chapter 13. See Dkt. 74. At the 5/26/15 hearing on the Debtor's prior motion to convert this court made clear that conversion would not be granted unless, *at a minimum*, (a) the Debtor compensated the chapter 7 trustee and his counsel for administrative expenses incurred in this case and (b) the Debtor proposed a viable chapter 13 plan to pay her creditors, or other acceptable arrangement. The Debtor now suggests that she will obtain family contributions to pay the trustee over time (in unspecified amounts and at unspecified times) and fund a plan (the terms of which are also unspecified) (Emergency Motion at 6:8-9). Such family contributions were supposedly evidenced by concurrently filed declarations of the donors. But as of the preparation of this order, no such declarations had been filed. Nor is there an outline of any proposed chapter 13 plan showing how the debtor could pay in full her debts owed to (i) the chapter 7 trustee and his counsel and (ii) the IRS.

(4) *Multiple accommodations by chapter 7 trustee and this court*. The undersigned Bankruptcy Judge recognizes that the Debtor's situation is very unfortunate, and has attempted on multiple occasions to provide additional opportunities for her to pursue possible avenues for relief. In addition, the chapter 7 trustee has attempted to accommodate the Debtor in numerous ways that are apparent from the record before this court, and has even voluntarily reduced fees (according to statements at prior hearings). But after many accommodations the Debtor has failed to come forward with any viable alternative, and her continual "emergency" motions after months of opportunity to make whatever arrangements might be feasible and realistic are consuming too much of the limited resources of this court, the chapter 7 trustee, and the bankruptcy estate. The undersigned Bankruptcy Judge has suggested to the Debtor that her misguided efforts are doing nothing but increasing the administrative expenses and reducing any recovery she might eventually receive from a sale of the property. She has ignored that suggestion. The Debtor's latest papers are "too little, too late." Both the application to shorten time and the underlying motion are **DENIED with prejudice**.

Date: August 26, 2015

Neil W. Bason
United States Bankruptcy Judge

---

[1] The Debtor apparently still is not residing in the Property (she concedes that the chapter 7 trustee's broker changed the locks), although that makes no difference to this ruling.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 2    F 9075-1.1.ORDER.SHORT.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4160 Martin de LA CA 9108

A true and correct copy of the foregoing document entitled (specify) Notice Of Appeal For Ordering Debtor's Motion To ( Convert from a Chapter 7 to a Chapter 13 & Claim Homestead

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MA**
On (date) __05/29/2015__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chapter 7 Trustee
Timothy Yoo
Levene Neale Bender Yoo & Brill LLP
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017

Lindsey L. Smith, Esq.
Levene Neale Bender Yoo & Brill LLP
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017

United States Trustee
915 Wilshire Blvd Ste 1850
Los Angeles, CA 90017

☐ continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) __5-29-15__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Chapter 7 Trustee
Timothy Yoo
Levene Neale Bender Yoo & Brill LLP
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017

Lindsey L. Smith, Esq.
Levene Neale Bender Yoo & Brill LLP
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

09/08/2015        n Jackson                    William Burke
Date              Printed Name                 Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

| Attorney or Party Name, Address and Telephone Number: | FOR COURT USE ONLY |
|---|---|
| Attorney for: | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Debtor(s). | CASE NO.:<br><br>**ADVERSARY NO.:** |
|---|---|
| vs.<br>Plaintiff(s).<br><br>Defendant(s). | **NOTICE OF TRANSCRIPT(S)**<br><br>DATE NOTICE OF<br>APPEAL FILED: |

**TO:** CLERK, U. S. BANKRUPTCY COURT AND OTHER PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN** that the following action has been taken:

[ ]  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ]  As retained counsel (or litigant proceeding in pro per), I have requested a copy of the transcript and guarantee payment of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of the order.

**DATE TRANSCRIPT(S) ORDERED**          **FOR HEARING DATE(S)**

_____             _____
_____             _____
_____             _____
_____             _____

DATED: _____     _____
                                                   **Signature**

### *SPECIAL INSTRUCTIONS*

**THIS IS NOT AN ORDER FOR A TRANSCRIPT.** To order a transcript, please use the Court approved TRANSCRIPT ORDER FORM.

The original and 2 copies of this Notice, accompanied by a Proof of Service on opposing counsel, are to be filed with the U. S. Bankruptcy Court within 14 days of the filing of the Notice of Appeal.

---

**NOTICE OF TRANSCRIPT(S) (Adversary)**
APPEALS: NTC-TSC AD (Revised format 12/09)

# TRANSCRIPT ORDERING INSTRUCTIONS

### TRANSCRIPT REQUESTS
A separate form must be completed for **each** hearing date requested. Select a Transcription Service Provider from the attached Court-approved list of transcribers and complete the *Transcript Order form*.

Four (4) types of transcript orders:

- **Ordinary:** A transcript to be delivered within thirty (30) calendar days after receipt of the deposit.
- **14 Days:** A transcript to be delivered within fourteen (14) calendar days after receipt of the deposit.
- **Expedited:** A transcript to be delivered within seven (7) calendar days after receipt of the deposit.
- **Daily:** A transcript to be delivered within 24 hours after receipt of the deposit.

### 341(a) MEETING OF CREDITORS:
The Meeting of Creditors is recorded by the Trustee. The Court does not keep or provide a copy of the recording. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16.

### FILE THE TRANSCRIPT ORDER FORM
Parties with an ECF account must file the *Transcript Order Form* in CM/ECF on the related case docket. Use docket event "*Transcript Order Form (Public Request)*." As with all ECF filings, the completed PDF *Transcript Order Form* must be "flattened" before electronically filing through ECF (click here to view the procedure). **Self-represented litigants and parties without an ECF account** may hand-deliver or mail the form to the division where the hearing was held.*

**NOTE:** The Court does not accept transcript requests via fax, email or telephone.

### TRANSCRIPT PROCESSING
The Court does not transcribe court proceedings. When a *Transcript Order Form* is received, the Court will forward the hearing information to the Transcription Service Provider you designate on the *Transcript Order Form*. The Transcription Service Provider will contact you regarding receipt of the transcript. Thereafter, contact the Transcription Service Provider **directly** if you have questions regarding your transcript order. Transcripts cannot be picked up at the Court. For more information, go to www.cacb.uscourts.gov/track-transcript-status

### TRANSCRIPT COSTS/FORMS OF PAYMENT
The Transcription Service Provider will contact you directly regarding transcript costs and forms of payment. Rates may vary but may not exceed maximum charges set by the Judicial Conference of the United States (maximum rates are listed at www.cacb.uscourts.gov/transcripts).

| *DIVISION | ADDRESS |
|---|---|
| Los Angeles (LA)<br><br>(855) 460-9641 | United States Bankruptcy Court<br>255 E. Temple Street, Suite 940, Los Angeles, CA 90012<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| Northern (ND)<br><br>(855) 460-9641 | United States Bankruptcy Court<br>1415 State Street, Santa Barbara, CA 93101<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| Riverside (RS)<br><br>(855) 460-9641 | United States Bankruptcy Court<br>3420 Twelfth Street, Riverside, CA 92501<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| San Fernando Valley (SV)<br><br>(855) 460-9641 | United States Bankruptcy Court<br>21041 Burbank Boulevard, Woodland Hills, CA 91367<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| Santa Ana (SA)<br><br>(855) 460-9641 | United States Bankruptcy Court<br>411 West Fourth Street, Santa Ana, CA 92701<br>Attn: Transcript Orders (name of Judge who held the hearing) |

*Rev. 2/5/15 - This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*



# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPROVED TRANSCRIPTION SERVICE PROVIDERS

**AD HOC TRANSCRIPTION, LLC**
241 Sussex Avenue
Newton, NJ 07860
Ph:(888) 516-5553
Fax: (800) 878-5061
Email: info@adhoctranscription.com
www.AdHocTranscription.com

**AVTRANZ**
388 Market Street, Suite 1300
San Francisco, CA 94111
Ph:(800) 257-0885
Fax: (866) 954-9068
Email: sales@avtranz.com
www.AVTranz.com

**BRIGGS REPORTING CO., INC.**
4455 Morena Boulevard, Suite 104
San Diego, CA 92117
Ph: (310) 410-4151
Fax: (858) 453-9622
Email: briggs_reporting@sbcglobal.net
www.BriggsReporting.com

**ECHO REPORTING, INC.**
4455 Morena Boulevard, Suite 104
San Diego, CA 92117
Ph:(858) 453-7590
Fax: (858) 453-9622
Email: echoreporting@yahoo.com
www.EchoReportinginc.com

**eSCRIBERS**
700 W. 192nd Street, Suite 607
New York, NY 10040
Ph: 213-943-3843
Fax: 973-954-5619
Email: operations@escribers.net
www.escribers.net

**EXCEPTIONAL REPORTING SERVICES, INC.**
14633 S. Padre Island Drive, Suite 103
Corpus Christi, TX 78418
Ph:(361) 949-2988, ext. 0
Fax: (361) 949-7799
Email: transcripts@exceptionalreporting.com
www.ExceptionalReporting.com

**BEN HYATT CERTIFIED DEPOSITION REPORTERS**
17835 Ventura Blvd., Suite 310
Encino, CA 91316
Ph: (888) 272-0022, ext. 201 or ext. 206
Fax: (818) 343-7116
Email: mhyatt@benhyatt.com
www.BenHyatt.com

**J & J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, NJ 08619
Ph: (609) 586-2311
Fax: (609) 587-3599
Email: JJcourt@JJcourt.com
www.JJcourt.com

(Revised 2/5/15)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

ORDER No. _____
CHAPTER _____
APPEAL?  ☐Yes ☐No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: _____ Attorney Bar# _____

Law Firm: _____

Mailing Address: _____

_____

Person to Contact: _____

Telephone: (____)_____ E-mail: _____

Bankruptcy Case #: _____ Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): _____ Time: _____

Debtor: _____

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: _____ Courtroom #: _____

**TRANSCRIBER:** _____ **ALTERNATE:** _____
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**  NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)         ☐ Entire Hearing
☐ 14 Days                    ☐ Ruling/Opinion of Judge only
☐ Expedited (7 days)         ☐ Testimony of Witness _____
☐ Daily (24 hours)           ☐ Other*            (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**\*\*: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)
(Tape #:___)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:___)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____ Division:_____ Processed by: _____

## NOTE TO TRANSCRIBER

\*\*Judge ordered transcripts: Contact Procurement (213) 894-3836 with price quote *prior* to commencement of work.

*Rev. 4/17/15. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*