FILED
CLERK, U.S. DISTRICT COURT
09/25/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: AP  DEPUTY

FILED
SEP 23 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Janice Rene Haynes

Debtor(s)

CASE NO.: 2:14-bk-31355-NB
ADVERSARY NO.:
BAP/USDC NO.: 2:15-cv-07159 DMG
NOTICE OF APPEAL FILED: 09/08/2015
APPEAL DOCKET ENTRY NO.: 116

vs.

Plaintiff(s)

Defendant(s)

**APPEAL DEFICIENCY NOTICE TO:**

☐ BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

☒ UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

☒ Statement of Issues
☒ Designation of Record
☒ Notice of Transcript
☐ Transcript(s)
☐ Filing Fee for Notice of Appeal
☐ Other (specify):

Date: 09/23/2015    By: SONNY MILANO
Kathleen J. Campbell
Clerk of Court
Deputy Clerk

July 2015

APPEAL.DEFICIENCY.NOTICE.TO.BAP/USDC