# CASE NO. 2:15-CV-07159-AB
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br><br> JANICE RENE HAYNES, <br><br>                               Debtor. <br> _____ <br> JANICE RENE HAYNES, <br>                              Appellant, <br>     v. <br> TIMOTHY J. YOO, CHAPTER 7 TRUSTEE, <br>                              Appellee. | |

**Appeal from the United States Bankruptcy Court, Central District of California**
**U.S. Bankruptcy Court Case No. 2:14-bk-31355-NB**

## APPELLEE'S OPPOSITION TO EMERGENCY EX PARTE MOTION FOR STAY PENDING HEARING ON APPEAL

LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.
10250 Constellation Boulevard,
Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Appellee Timothy J. Yoo, in his capacity as Chapter 7 Trustee (the "Appellee") of the bankruptcy estate of Janice Rene Haynes (the "Appellant") respectfully submits this opposition to that certain *Appellant's Emergency Ex Parte Motion For Stay Pending Hearing On Appeal* [Docket No. 12] (the "Motion For Stay") filed by the Appellant as follows:

The Appellee opposes the Motion For Stay on the grounds that it does not comply with Federal Rule of Bankruptcy Procedure 8007, which provides, in relevant part:

> Rule 8007. Stay Pending Appeal; Bonds; Suspension of Proceedings
>
> (a) Initial Motion in the Bankruptcy Court.
>
> (1) *In General*. Ordinarily, a party must move first in the bankruptcy court for the following relief:
>
> (A) a stay of a judgment, order, or decree of the bankruptcy court pending appeal;
>
> (B) the approval of a supersedeas bond;
>
> (C) an order suspending, modifying, restoring, or granting an injunction while an appeal is pending; or
>
> (D) the suspension or continuation of proceedings in a case or other relief permitted by subdivision (e).
>
> (2) *Time to File*. The motion may be made either before or after the notice of appeal is filed.

>(b) Motion in the District Court, the BAP, or the Court of Appeals on Direct Appeal.
>
>(1) *Request for Relief*. A motion for the relief specified in subdivision (a)(1)—or to vacate or modify a bankruptcy court's order granting such relief—may be made in the court where the appeal is pending.
>
>(2) *Showing or Statement Required*. The motion must:
>
>(A) show that moving first in the bankruptcy court would be impracticable; or
>
>(B) if a motion was made in the bankruptcy court, either state that the court has not yet ruled on the motion, or state that the court has ruled and set out any reasons given for the ruling.

F.R.B.P. 8007.

Pursuant to the Motion For Stay, the Appellant seeks a stay of the Bankruptcy Court's order authorizing the Appellee to sell certain real property (the "<u>Sale Order</u>"). To date, the Sale Order has not been appealed by the Appellant. The Appellant did not first move for a stay of the Sale Order in the Bankruptcy Court as is required under Federal Rule of Bankruptcy Procedure 8007(a)(1). Additionally, the Motion For Stay does not show that moving first in the Bankruptcy Court to stay the Sale Order would be impracticable as is required under Federal Rule of Bankruptcy Procedure 8007(b) when an appeal is pending (which it is not).

Based on the foregoing, the Appellee submits that since the Motion For Stay does not comply with the Federal Rules of Bankruptcy Procedure, the Motion For Stay should be denied. The Appellee reserves his rights to oppose the Motion For Stay on additional substantive grounds.

Dated:  November 5, 2015

TIMOTHY J. YOO, CHAPTER 7 TRUSTEE

LEVENE, NEALE, BENDER, YOO
   & BRILL L.L.P.

By: _____*/s/ Lindsey L. Smith*_____
LINDSEY L. SMITH
LEVENE, NEALE, BENDER, YOO
   & BRILL L.L.P.
Attorneys for Appellee

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067.

On November 5, 2015, I served the foregoing document(s) described as:

**APPELLEE'S OPPOSITION TO EMERGENCY
EX PARTE MOTION FOR STAY PENDING HEARING ON APPEAL**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

> Janice Haynes
> 4859 W. Slauson Ave #174
> Los Angeles, CA 90056

_____    (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail. Executed on _____, 2015 at Los Angeles, California.

\_\_\_X\_\_\_    (By Overnight Mail) I caused such envelope to be delivered by Overnight Mail next business day delivery. Executed on November 5, 2015 at Los Angeles, California.

_____    (By email) I caused said document to be sent via email on _____ the attached service list.

_____    (By Facsimile) I caused said document to be sent via facsimile. Executed on _____ _____ at Los Angeles, California.

_____    (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee. Executed on _____, at Los Angeles, California.

\_\_\_X\_\_\_    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

\_\_\_X\_\_\_    (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

*/s/ Stephanie Reichert*
Stephanie Reichert

-4-