FILED

Janice Haynes (Full Name)
_____ (Address Line 1)
_____ (Address Line 2)
_____ (Phone Number)

2015 DEC -2 PM 4: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

Appellant in Pro Per
(indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Janice Haynes,
  Plaintiff,
vs.
Timothy You
_____
_____
_____
_____,
  Defendant(s).

Case No.: 2:15-cv-07159

**PROOF OF SERVICE BY MAIL**

I, Tanka, (name of person serving documents), declare as follows:

My address is 4160 Mantova dr LA CA 9(0)
_____, which is located in the county where the mailing described below took place.

1
Pro Se Clinic Form            Proof of Service

1  On  Dec 2, 2015  , I served the document(s) described as:
       (date of mailing)

2

3  Lindsey Smith   Attorney
   _____
           (list the names of the documents you are mailing)

4  Timothy Yoo   Trustee

5  _____

6  _____

7  _____

8  _____

9  _____

10 _____

11

12 on all interested parties in this action by placing a true and correct copy thereof in

13 a sealed envelope, with first-class postage prepaid thereon, and deposited said

14 envelope in the United States mail at or in _____,
                                                 (city and state of mailing)

15 addressed to:

16 _____ (name)        _____ (name)

17 _____ (address)     _____ (address)

18 _____ (address)     _____ (address)

19 _____ (address)     _____ (address)

20  I declare under penalty of perjury that the foregoing is true and correct.

21

22 Executed on  Dec 2, 2015   at  Los Angeles, CA  .
                  (date)              (city and state of signing)

23

24                                    _____
                                           (sign)

25                                    Tanka Gaither
                                         (print name)

26

27

28

Pro Se Clinic Form

2
Proof of Service